**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick J. Quigley** | : | Case No. 12–20254–JAD |
| **Carol L. Quigley** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| LSF9 Master Participation Trust | : | |
| *Movant,* | : | Related to Claim No. 5 |
| | : | |
| v. | : | |
| Patrick J. Quigley, | : | |
| Carol L. Quigley and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **31st day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *LSF9 Master Participation Trust* at Claim No. 5 in the above-captioned bankruptcy case,

It is hereby **ORDERED** that **on or before twenty-one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self-schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller<br>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patrick J. Quigley  
Carol L. Quigley  
      Debtors

Case No. 12-20254-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Jan 31, 2017  
                       Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2017.  
db/jdb       +Patrick J. Quigley,    Carol L. Quigley,    103 Crossridge Road,    Charleroi, PA 15022-3054

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2017 at the address(es) listed below:

          Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Andrew F Gornall    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          Gregory Javardian    on behalf of Creditor    BANK OF AMERICA, N.A. greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com  
          James Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com  
          Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com  
          Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com  
          Joshua I. Goldman    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
          Keri P. Ebeck    on behalf of Creditor    Wells Fargo Dealer Services, Inc. kebeck@weltman.com, jbluemle@weltman.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Paul W. McElrath, Jr.    on behalf of Debtor Patrick J. Quigley ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol L. Quigley ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                            TOTAL: 15