2/2/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 12-20254-JAD |
| Patrick J. Quigley | ) | |
| Carol L. Quigley | ) | Chapter 13 |
|     Debtor(s) | ) | |
| | ) | Doc. No. 97 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | Related To Doc. No. 96 |
|     Vs. | ) | |
| Patrick J. Quigley | ) | |
| Carol L. Quigley | ) | |
|     Respondent(s) | ) | |

### NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **March 08, 2017 at 10:00 a.m. before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before **February 21, 2017.**

| | |
|---|---|
| 2/02/17 | Ronda J. Winnecour (PA I.D.#30399) |
| date | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 12-20254-JAD
Patrick J. Quigley                                             Chapter 13
Carol L. Quigley
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch              Page 1 of 3              Date Rcvd: Feb 03, 2017
                              Form ID: pdf900         Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db/jdb        +Patrick J. Quigley,   Carol L. Quigley,   103 Crossridge Road,   Charleroi, PA 15022-3054
cr            +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13296825      +American Express,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13346429       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13277785      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13296826      +Andrew F. Gornall, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13277786     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
13277788      +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13298674       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13277789     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
13296830      +Candance North America Insurance Co.,   50 Millstone Road,   Bldg 100, Suite 360,
               East WIndsor, NJ 08520-1419
13277790      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13277791      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13277793      +Chase Na,   2500 Westfield Dr,   Elgin, IL 60124-7700
13277794      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13277795      +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
13315520      +Coface Collections North America,   Post Office Box 1389,   Kenner, LA 70063-1389
13296245      +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
               Mason, OH 45040-8053
13277803     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13277801      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13277802      +Hsbc/Bontn,   Po Box 15221,   Wilmington, DE 19850-5221
13277804      +Hsbc/Saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
13287932      +Island Snacks, Inc.,   Coface North America Insurance Company,
               50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
13987020       LSF9 Master Participation Trust,   c/o Caliber Home Loans, Inc.,
               P.O. Box 24330, Oklahoma City, OK 73124
13792745      +Lakeview Loan Servicing, LLC,   M&T Bank,   c/o KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13296852      +Macys dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13277809      +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13277811      +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
13277812      +Pncbank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13296856      +Richard F. Stern, Esquire,   Stern and Stercho,   The Pavilion,   261 Old York Road, Suit 410,
               Jenkintown, PA 19046-3722
13277813      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13296859       Wells Fargo Bank N.A.,   c/o Bankruptcy Department R4057-01P,   P.O. Box 13765,
               Roanoke, VA 24037-3765
13298241       Wells Fargo Dealer Services,   P.O. Box 19657,   Irvine, CA 92623-9657
13296860      +Werner Gourmet Snacks,   PO Box 579,   Tillamook, OR 97141-0579
13277815      +Wfds/Wds,   Po Box 1697,   Winterville, NC 28590-1697
13277816      +Wfnnb/Limited,   Po Box 330066,   Northglenn, CO 80233-8066
13277817      +Wfnnb/Sam Levin Inc,   Po Box 29168,   Columbus, OH 43229-0168
13277818      +Wfnnb/Victorias Secret,   220 W Schrock Rd,   Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2017 02:35:02
               Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr             E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2017 02:27:53
               Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
               Miami, FL  33131-1605
13277784      +E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 04 2017 02:24:34     A H F C,
               200 Continental Dr Ste,   Newark, DE 19713-4334
13293370       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 04 2017 02:24:34
               AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
               IRVING, TX 75016-8088
13277792      +E-mail/Text: bk.notifications@jpmchase.com Feb 04 2017 02:24:08     Chase,   Po Box 901076,
               Ft Worth, TX 76101-2076
13296838     ++E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:28:31     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
               Miami, FL 33131-1605
13277796     ++E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:28:13     Gecrb/Care Credit,
               950 Forrer Blvd,   Kettering, OH 45420-1469
13277797     ++E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:27:48     Gecrb/Dicks,   Po Box 1400,
               El Paso, TX 79948-1400
13277798       E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:28:31     Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
```

```
District/off: 0315-2                  User: msch                    Page 2 of 3                  Date Rcvd: Feb 03, 2017
                                      Form ID: pdf900               Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13277799          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:27:49     Gecrb/Lowes Pc,   Po Box 981416,
                   El Paso, TX 79998-1416
13277800          +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2017 02:28:13     Gemb/Walmart,   Po Box 981400,
                   El Paso, TX 79998-1400
13277806           E-mail/Text: cio.bncmail@irs.gov Feb 04 2017 02:24:04      Internal Revenue Service,
                   Insolvency Unit,   P.O. Box 628,   Pittsburgh, PA 15230
13277808          +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2017 02:24:02     Kohls/Chase,
                   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13355586          +E-mail/Text: bncmail@w-legal.com Feb 04 2017 02:24:35     Lindia, LLC,
                   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13538136           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2017 02:35:26     Midland Funding LLC,
                   by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13340952          +E-mail/Text: bncmail@w-legal.com Feb 04 2017 02:24:38     OAK HARBOR CAPITAL IV, LLC,
                   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13277810           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2017 02:24:19     PA Department of Revenue,
                   Banruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
13349760           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2017 02:47:25
                   Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13302558           E-mail/Text: ebn@vativrecovery.com Feb 04 2017 02:24:06     Palisades Acquisition XVI, LLC,
                   Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition XVI,,
                   PO Box 40728,   Houston TX 77240-0728
13527785           E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2017 02:28:16     Portfolio Investments II LLC,
                   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,
                   Miami, FL 33131-1605
13349642           E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2017 02:24:12
                   Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,   PO Box 788,
                   Kirkland, WA  98083-0788
13290468           E-mail/PDF: rmscedi@recoverycorp.com Feb 04 2017 02:27:53
                   Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13277814          +E-mail/Text: 00svobankruptcy@starwoodvo.com Feb 04 2017 02:24:08     Starwood Vacation Owne,
                   9002 San Marco Ct,   Orlando, FL 32819-8600
13296858          +E-mail/Text: 00svobankruptcy@starwoodvo.com Feb 04 2017 02:24:08
                   Starwood Vacation Ownership,   9002 San Marco Court,   Orlando, FL 32819-8600
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              LSF9 Master Participation Trust
cr              Lakeview Loan Servicing LLC
crcmch          Lakeview Loan Servicing, LLC
cr              Wells Fargo Dealer Services, Inc.
13277783        Patrick J. Quigley and Carol L. Quigley
13296823        Patrick J. Quigley and Carol L. Quigley
13987016        The Secretary of Housing and Urban Development,   451 7th Street, S.W., Washington, DC 204
cr*            +Lindia, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
13296824*      +A H F C,   200 Continential Dr Ste,   Newark, DE 19713-4334
13296827*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
13311761*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102)
13296828*      +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13296829*      +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13296831*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
13296832*      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13296834*      +Chase,   Po Box 901076,   Ft Worth, TX 76101-2076
13296833*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13296835*      +Chase Na,   2500 Westfield Dr,   Elgin, IL 60124-7700
13296836*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13296837*      +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
13296839*      +Gecrb/Care Credit,   950 Forrer Blvd,   Kettering, OH 45420-1469
13296840*      +Gecrb/Dicks,   Po Box 1400,   El Paso, TX 79948-1400
13296841*       Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13296842*      +Gecrb/Lowes Pc,   Po Box 981416,   El Paso, TX 79998-1416
13296843*      +Gemb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13296846*     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13296844*      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13296845*      +Hsbc/Bontn,   Po Box 15221,   Wilmington, DE 19850-5221
13296847*      +Hsbc/Saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
13277805*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 705,   Pittsburgh, PA 15222-4014
13296848*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 705,   Pittsburgh, PA 15222-4014
13277807*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0315-2          User: msch                  Page 3 of 3                   Date Rcvd: Feb 03, 2017
                              Form ID: pdf900             Total Noticed: 62
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
13296850*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13296849*      Internal Revenue Service,    Insolvency Unit,    P.O. Box 628,    Pittsburgh, PA 15230
13296851*     +Kohls/Chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13296853*      PA Department of Revenue,    Banruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
13296854*     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13296855*     +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13296857*     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13296861*     +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697
13296862*     +Wfnnb/Limited,    Po Box 330066,    Northglenn, CO 80233-8066
13296863*     +Wfnnb/Sam Levin Inc,    Po Box 29168,    Columbus, OH 43229-0168
13296864*     +Wfnnb/Victorias Secret,    220 W Schrock Rd,    Westerville, OH 43081-2873
13277787    ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
13315521    ##+Island Snacks,    6400 Rolland Street,    Unit A,    Buena Park, CA 90621-3161
                                                                                  TOTALS: 8, * 36, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Gregory Javardian    on behalf of Creditor    BANK OF AMERICA, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          James Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
          Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
           chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Joshua I. Goldman    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Wells Fargo Dealer Services, Inc. kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol L. Quigley ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Patrick J. Quigley ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 15
```