# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  PATRICK J. QUIGLEY<br>CAROL L. QUIGLEY<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PATRICK J. QUIGLEY<br>CAROL L. QUIGLEY<br><br>      Respondents | Bankruptcy No.12-20254-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 102 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 17th day of February, 2017, it is hereby ORDERED, ADJUDGED and DECREED that:

Tops Staffing Llc
Attn: Payroll Manager
600 Davidson Rd
Pittsburgh, PA 15239

is hereby ordered to immediately terminate the attachment of the wages of CAROL L. QUIGLEY, social security number XXX-XX-1568.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CAROL L. QUIGLEY.

BY THE COURT:

_____
JEFFERY A. DELLER           mas
CHIEF BANKRUPTCY JUDGE (WDPA)

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
2/17/17 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-20254-JAD
Patrick J. Quigley                                                  Chapter 13
Carol L. Quigley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch                Page 1 of 1          Date Rcvd: Feb 17, 2017
                              Form ID: pdf900           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
```
db/jdb        +Patrick J. Quigley,    Carol L. Quigley,    103 Crossridge Road,    Charleroi, PA 15022-3054
              +Tops Staffing, LLC,    Attn: Payroll Manager,    600 Davidson Road,    Pittsburgh, PA 15239-1859
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    LSF9 Master Participation Trust
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Gregory Javardian    on behalf of Creditor    BANK OF AMERICA, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    LSF9 Master Participation Trust bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joseph A. Dessoye    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Joshua I. Goldman    on behalf of Cred. Comm. Chair    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo Dealer Services, Inc. kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Patrick J. Quigley ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol L. Quigley ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 15
```