| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Patrick J. Quigley** | | Social Security number or ITIN | **xxx–xx–1625** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Carol L. Quigley** | | Social Security number or ITIN | **xxx–xx–1568** |
| (Spouse, if filing) | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number: | **12–20254–JAD** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick J. Quigley                            Carol L. Quigley

<u>4/24/17</u>                            **By the court:**    <u>Jeffery A. Deller</u>
                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 12-20254-JAD
Patrick J. Quigley                                                    Chapter 13
Carol L. Quigley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy           Page 1 of 3           Date Rcvd: Apr 24, 2017
                           Form ID: 3180W        Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db/jdb      +Patrick J. Quigley,    Carol L. Quigley,    103 Crossridge Road,    Charleroi, PA 15022-3054
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
13296826    +Andrew F. Gornall, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
13298674     Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13296830    +Candance North America Insurance Co.,    50 Millstone Road,    Bldg 100, Suite 360,
              East Windsor, NJ 08520-1419
13277790    +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13277795    +Citi Ctb,    Po Box 22066,    Tempe, AZ 85285-2066
13315520    +Coface Collections North America,    Post Office Box 1389,    Kenner, LA 70063-1389
13315521    +Island Snacks,    6400 Rolland Street,    Unit A,    Buena Park, CA 90621-3161
13287932    +Island Snacks, Inc.,    Coface North America Insurance Company,
              50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
13987020     LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,
              P.O. Box 24330, Oklahoma City, OK 73124
13792745    +Lakeview Loan Servicing, LLC,    M&T Bank,    c/o KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13277811    +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
13277812    +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13296856    +Richard F. Stern, Esquire,    Stern and Stercho,    The Pavilion,    261 Old York Road, Suit 410,
              Jenkintown, PA 19046-3722
13296859     Wells Fargo Bank N.A.,    c/o Bankruptcy Department R4057-01P,    P.O. Box 13765,
              Roanoke, VA 24037-3765
13296860    +Werner Gourmet Snacks,    PO Box 579,    Tillamook, OR 97141-0579
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2017 02:04:10     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr           EDI: AIS.COM Apr 25 2017 01:23:00    Midland Funding LLC by American InfoSource LP as a,
              PO Box 4457,    Houston, TX  77210-4457
cr           EDI: RECOVERYCORP.COM Apr 25 2017 01:23:00     Recovery Management Systems Corporation,
              25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13277784    +EDI: HNDA.COM Apr 25 2017 01:23:00     A H F C,    200 Continental Dr Ste,
              Newark, DE 19713-4334
13293370     EDI: HNDA.COM Apr 25 2017 01:23:00     AMERICAN HONDA FINANCE CORPORATION,
              NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,    IRVING, TX 75016-8088
13296825    +EDI: AMEREXPR.COM Apr 25 2017 01:23:00     American Express,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
13346429     EDI: BECKLEE.COM Apr 25 2017 01:23:00     American Express Bank, FSB,    c o Becket and Lee LLP,
              POB 3001,    Malvern, PA 19355-0701
13277785    +EDI: AMEREXPR.COM Apr 25 2017 01:23:00     Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
13277786    +EDI: BANKAMER.COM Apr 25 2017 01:23:00     Bank Of America,    Po Box 982238,
              El Paso, TX 79998
13311761     EDI: BANKAMER2.COM Apr 25 2017 01:23:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102
13277787    +EDI: BANKAMER2.COM Apr 25 2017 01:23:00     Bank Of America,    Po Box 1598,
              Norfolk, VA 23501-1598
13277788    +EDI: BANKAMER.COM Apr 25 2017 01:23:00     Bank Of America, N.A.,    450 American St,
              Simi Valley, CA 93065-6285
13277789     EDI: CAPITALONE.COM Apr 25 2017 01:23:00     Cap One,    Po Box 85520,    Richmond, VA 23285
13296831     EDI: CAPITALONE.COM Apr 25 2017 01:23:00     Capital One,    Po Box 85520,    Richmond, VA 23285
13277792    +EDI: CAUT.COM Apr 25 2017 01:23:00     Chase,    Po Box 901076,    Ft Worth, TX 76101-2076
13277791    +EDI: CHASE.COM Apr 25 2017 01:23:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13277793    +EDI: CHASE.COM Apr 25 2017 01:23:00     Chase Na,    2500 Westfield Dr,    Elgin, IL 60124-7700
13277794    +EDI: CITICORP.COM Apr 25 2017 01:23:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13296245     EDI: TSYS2.COM Apr 25 2017 01:23:00     Department Stores National Bank/Macy's,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13296838    +EDI: RMSC.COM Apr 25 2017 01:23:00     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
              Miami, FL 33131-1605
13277796    +EDI: RMSC.COM Apr 25 2017 01:23:00     Gecrb/Care Credit,    950 Forrer Blvd,
              Kettering, OH 45420-1469
13277797    +EDI: RMSC.COM Apr 25 2017 01:23:00     Gecrb/Dicks,    Po Box 1400,    El Paso, TX 79948-1400
13277798    +EDI: RMSC.COM Apr 25 2017 01:23:00     Gecrb/Jcp,    Po Box 984100,    El Paso, TX 79998
13277799    +EDI: RMSC.COM Apr 25 2017 01:23:00     Gecrb/Lowes Pc,    Po Box 981416,
              El Paso, TX 79998-1416
13277800    +EDI: RMSC.COM Apr 25 2017 01:23:00     Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
13277803     EDI: HFC.COM Apr 25 2017 01:23:00     Hsbc/Bsbuy,    Po Box 15519,    Wilmington, DE 19850
13277801    +EDI: HFC.COM Apr 25 2017 01:23:00     Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13277802    +EDI: HFC.COM Apr 25 2017 01:23:00     Hsbc/Bontn,    Po Box 15221,    Wilmington, DE 19850-5221
```

District/off: 0315-2          User: culy          Page 2 of 3          Date Rcvd: Apr 24, 2017
                             Form ID: 3180W        Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13277804        +EDI: HFC.COM Apr 25 2017 01:23:00     Hsbc/Saks,    140 W Industrial Dr,
                  Elmhurst, IL 60126-1602
13277806         EDI: IRS.COM Apr 25 2017 01:23:00      Internal Revenue Service,   Insolvency Unit,
                  P.O. Box 628,   Pittsburgh, PA 15230
13277808        +EDI: CBSKOHLS.COM Apr 25 2017 01:23:00      Kohls/Chase,   N56 W 17000 Ridgewood Dr,
                  Menomonee Falls, WI 53051-7096
13355586        +EDI: OPHSUBSID.COM Apr 25 2017 01:23:00      Lindia, LLC,   c/o Weinstein & Riley, P.S.,
                  2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13296852        +EDI: TSYS2.COM Apr 25 2017 01:23:00     Macys dsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13277809        +EDI: TSYS2.COM Apr 25 2017 01:23:00     Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
13538136         EDI: AIS.COM Apr 25 2017 01:23:00      Midland Funding LLC,   by American InfoSource LP as agent,
                  PO Box 4457,   Houston, TX 77210-4457
13340952        +EDI: OPHSUBSID.COM Apr 25 2017 01:23:00      OAK HARBOR CAPITAL IV, LLC,
                  C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13277810         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2017 02:04:11     PA Department of Revenue,
                  Banruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0496
13349760         EDI: PRA.COM Apr 25 2017 01:23:00      Portfolio Recovery Associates, LLC,   POB 12914,
                  Norfolk VA 23541
13302558         E-mail/Text: ebn@vativrecovery.com Apr 25 2017 02:03:43     Palisades Acquisition XVI, LLC,
                  Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI,,
                  PO Box 40728,   Houston TX 77240-0728
13527785         EDI: RECOVERYCORP.COM Apr 25 2017 01:23:00      Portfolio Investments II LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                  Miami, FL 33131-1605
13349642         EDI: Q3G.COM Apr 25 2017 01:23:00      Quantum3 Group LLC as agent for,
                  Galaxy Asset Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
13290468         EDI: RECOVERYCORP.COM Apr 25 2017 01:23:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13277813        +EDI: SEARS.COM Apr 25 2017 01:23:00     Sears/Cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
13277814        +E-mail/Text: 00svobankruptcy@starwoodvo.com Apr 25 2017 02:03:49     Starwood Vacation Owne,
                  9002 San Marco Ct,   Orlando, FL 32819-8600
13296858        +E-mail/Text: 00svobankruptcy@starwoodvo.com Apr 25 2017 02:03:49
                  Starwood Vacation Ownership,    9002 San Marco Court,   Orlando, FL 32819-8600
13298241         EDI: WFFC.COM Apr 25 2017 01:23:00      Wells Fargo Dealer Services,    P.O. Box 19657,
                  Irvine, CA 92623-9657
13277815        +EDI: WFFC.COM Apr 25 2017 01:23:00     Wfds/Wds,    Po Box 1697,   Winterville, NC 28590-1697
13277816        +EDI: WFNNB.COM Apr 25 2017 01:23:00     Wfnnb/Limited,    Po Box 330066,
                  Northglenn, CO 80233-8066
13277817        +EDI: WFNNB.COM Apr 25 2017 01:23:00     Wfnnb/Sam Levin Inc,    Po Box 29168,
                  Columbus, OH 43229-0168
13277818        +EDI: WFNNB.COM Apr 25 2017 01:23:00     Wfnnb/Victorias Secret,    220 W Schrock Rd,
                  Westerville, OH 43081-2873
                                                                                      TOTAL: 50

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              LSF9 Master Participation Trust
cr              Lakeview Loan Servicing LLC
crcmch          Lakeview Loan Servicing, LLC
cr              Wells Fargo Dealer Services, Inc.
13277783        Patrick J. Quigley and Carol L. Quigley
13296823        Patrick J. Quigley and Carol L. Quigley
13987016        The Secretary of Housing and Urban Development,    451 7th Street, S.W., Washington, DC 204
cr*            +Lindia, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
13296824*      +A H F C,   200 Continental Dr Ste,   Newark, DE 19713-4334
13296827*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
13296828*      +Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13296829*      +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
13296832*      +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13296834*      +Chase,   Po Box 901076,   Ft Worth, TX 76101-2076
13296833*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
13296835*      +Chase Na,   2500 Westfield Dr,   Elgin, IL 60124-7700
13296836*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13296837*      +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
13296839*      +Gecrb/Care Credit,   950 Forrer Blvd,   Kettering, OH 45420-1469
13296840*      +Gecrb/Dicks,   Po Box 1400,   El Paso, TX 79948-1400
13296841*       Gecrb/Jcp,   Po Box 984100,   El Paso, TX 79998
13296842*      +Gecrb/Lowes Pc,   Po Box 981416,   El Paso, TX 79998-1416
13296843*      +Gemb/Walmart,   Po Box 981400,   El Paso, TX 79998-1400
13296846*      ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
13296844*      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
13296845*      +Hsbc/Bcntn,   Po Box 15221,   Wilmington, DE 19850-5221
13296847*      +Hsbc/Saks,   140 W Industrial Dr,   Elmhurst, IL 60126-1602

```
District/off: 0315-2            User: culy              Page 3 of 3                Date Rcvd: Apr 24, 2017
                               Form ID: 3180W          Total Noticed: 67

            ***** BYPASSED RECIPIENTS (continued) *****
13277805*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    William S. Moorehead Federal Building,
                1000 Liberty Avenue,   Room 705,   Pittsburgh, PA 15222)
13296848*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    William S. Moorehead Federal Building,
                1000 Liberty Avenue,   Room 705,   Pittsburgh, PA 15222)
13277807*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13296850*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13296849*    Internal Revenue Service,   Insolvency Unit,   P.O. Box 628,   Pittsburgh, PA 15230
13296851*    +Kohls/Chase,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
13296853*    PA Department of Revenue,   Banruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
13296854*    +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
13296855*    +Pncbank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13296857*    +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13296861*    +Wfds/Wds,   Po Box 1697,   Winterville, NC 28590-1697
13296862*    +Wfnnb/Limited,   Po Box 330066,   Northglenn, CO 80233-8066
13296863*    +Wfnnb/Sam Levin Inc,   Po Box 29168,   Columbus, OH 43229-0168
13296864*    +Wfnnb/Victorias Secret,   220 W Schrock Rd,   Westerville, OH 43081-2873
                                                                          TOTALS: 8, * 34, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   Lakeview Loan Servicing LLC agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   LSF9 Master Participation Trust
            agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
            bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Cred. Comm. Chair   Lakeview Loan Servicing, LLC
            agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Gregory Javardian    on behalf of Creditor   BANK OF AMERICA, N.A. greg@javardianlaw.com,
            mary@javardianlaw.com;tami@javardianlaw.com
          James Warmbrodt    on behalf of Creditor   LSF9 Master Participation Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
          Jill Manuel-Coughlin    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          Joseph A. Dessoye    on behalf of Creditor   LSF9 Master Participation Trust pawb@fedphe.com
          Joshua I. Goldman    on behalf of Cred. Comm. Chair   Lakeview Loan Servicing, LLC
            bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Wells Fargo Dealer Services, Inc. kebeck@weltman.com,
            jbluemle@weltman.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Carol L. Quigley ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Patrick J. Quigley ecf@mcelrathlaw.com,
            donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
            Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 16